DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANTOS MARTINEZ-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-351-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SANTOS MARTINEZ-MORENO, | Date: November 7, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, SANTOS MARTINEZ-MORENO, that the status conference hearing date of October 17, 2008 be vacated and continued to November 7, 2008 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from October 17, 2008 through and including November 7, 2008 should be excluded pursuant to

/ / /

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  October 10, 2008             Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6                                       /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       SANTOS MARTINEZ-MORENO
9
   Dated:  October 10 2008              MCGREGOR W. SCOTT
10                                      United States Attorney
11
                                        /s/ Lauren D. Cusick
12                                      DANIEL McCONKIE
                                        Assistant U.S. Attorney
13                                      per telephonic authorization
14
                            **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated:  October 10, 2008
17
18
                           _____
19                         GARLAND E. BURRELL, JR.
                           United States District Judge
20

Stip and Order                          2